**ULTRAMERCIAL, LLC and Ultramercial, Inc., Plaintiffs–Appellants,**

v.

**HULU, LLC, Defendant,**

and

**Wildtangent, Inc., Defendant–Appellee.**

**No. 2010–1544.**

United States Court of Appeals, Federal Circuit.

March 18, 2011.

## ON MOTION

### ORDER

Ultramercial, LLC and Ultramercial, Inc. move to reinstate this appeal and inform the court that it has settled with Hulu, LLC, which the court treats as a motion to reform the official caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The court's March 11, 2011 order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated. The revised official caption is reflected above.